■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL BERMUDEZ, Also Known as ANGEL ABRAHAM, Appellant.—Judgment, Supreme Court, Bronx County (Stanley Parness, J.), rendered on March 22, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is

granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Carro and Milonas, JJ.